**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **CARLA LENZ BOOS, Personal Representative of the Estate of PAULINE A. TALLMAN,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ST. LOUIS II RETIREMENT RESIDENCE LLC d/b/a Lakeview Park Retirement Residence,** )<br>)<br>**Defendant.** ) | No. 4:06CV735-SNL |

## ORDER

On September 24, 2007 plaintiff filed a request for court approval of the distribution of settlement proceeds. Defendant agreed to pay plaintiff, including her attorney fees and costs, the sum of $133,000 in settlement of the claim. The parties agreed that the sum of $44,333. should be paid to the estate of Pauline K. Tallman and Alfred K. Rathert, her attorney, together with litigation costs of $1,614.15. Of this sum, $1,010 is to be paid to Pennacle Mediation; $440.30 to Concannon and Jaeger for depositions and $163.85 to Perry Gore Reporting for depositions.

The remaining amount of the settlement in the amount of $87,052.85 is to be payable to Medicare and Medicaid Services and Government Employees Health Association. Apparently, Medicare and Government Employees Health Association have not responded in any attempt to resolve the percentage of the $87,052.85 that each entity is entitled to receive. It would be appropriate, therefore, that a draft be executed payable to both entities.

**IT IS THEREFORE ORDERED** that the Court approves the Petition for Approval of the Distribution of Settlement Proceeds.

Defendant shall pay from the settlement the following sums:

1. The Estate of Pauline K. Tallman and Albert J. Rathert, her attorney, $44,333.00;

2. The Estate of Pauline K. Tallman and Albert J. Rathert, her attorney, for distribution of litigation costs as set out in this order, $1,614.15;

3. $87,052.85, payable to Centers for Medicare and Medicaid Services and the Government Employees Health Association. The draft shall be delivered to Centers for Medicare and Medicaid Services and a copy of this order shall be sent both to Medicare and to the Government Employees Health Association.

**IT IS FURTHER ORDERED** that plaintiff and defendant shall file a stipulation for dismissal within ten (10) days from the date of this order.

Dated this 28th day of September, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE